IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| DANNY LEE STEWART, #143130, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:05-CV-1152-T |
| | ) | |
| LEON FORNISS, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for leave to proceed *in forma pauperis* filed by the petitioner (Court Doc. No. 2), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 12th day of December, 2005.

/s/ Delores R. Boyd
UNITED STATES MAGISTRATE JUDGE

*For*

VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE