12-30-2005

Hello,

My name is Danny Lee Stewart

#143130.

Where I'm giving notice of my new address which is,

565 Bibb Lane
Brent, Ala 35034
Dorm-B2-29

To: the office of the Clerk

United States District court.

P.O. Box 711
Montgomery, Ala 36101-0711

Sincerely Mr. Danny Lee Stewart

#143130

1:05cv1152