IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

Danny Lee Stewart, #143130      )
                                )
    Petitioner,                 )
                                )
v.                              )   Case No: 1:05-CV-1152
                                )
Leon Forniss, et al.,           )
                                )
    Respondents,                )

## MOTION TO DISMISS

Now comes the Petitioner, Danny Lee Stewart, pro-se, in the above styled cause and request this Honorable Court to dismiss the above cause without prejudice.

Respectfully Submitted;

_Danny Stewart_
Danny Lee Stewart
AIS # 143130 B2-9T
565 Bibb Lane
Brent, Alabama 35034

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing motion upon the Attorney General, by placing same in the United States mail, postage prepaid and addressed as follows;

Attorney General
11 South Union Street Third Floor
Montgomery, Alabama 36130-0152

This the 19 day of January, 2006.

_Danny Stewart_
Danny Lee Stewart
AIS # 143130 B2-9T
565 Bibb Lane
Brent, Alabama 35034

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

Danny Lee Stewart )
    Petitioner, )
v. ) Case No: 1:05-CV-1152 T-WO
Leon Forniss, et al., )
    Respondents. )

### MOTION TO DISMISS

Now comes the Petitioner, Danny Lee Stewart, pro-se, in the above styled cause and request this Honorable Court to dismiss the above cause without prejudice.

Respectfully Submitted;

*Danny Stewart*
Danny Lee Stewart
AIS # 143130 B2-9T
565 Bibb Lane
Brent, Alabama 35034

### CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing motion upon the Attorney General, by placing same in the United States mail, postage prepaid and addressed as follows;

Attorney General
11 South Union Street Third Floor
Montgomery, Alabama 36130-0152

This the 19 day of January, 2006.

*Danny Stewart*
Danny Lee Stewart
AIS # 143130 B2-9T
565 Bibb Lane
Brent, Alabama 35034