IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

DANNY LEE STEWART, #143130,    )
    )
    Petitioner,    )
    )
    v.    )CIVIL ACTION NO. 1:05-CV-1152-WKW
    )    [WO]
    )
LEON FORNISS, et al.,    )
    )
    Respondents.    )

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

This cause of action is before the court on a 28 U.S.C. § 2254 petition for habeas corpus relief filed by Danny Lee Stewart ["Stewart"], a state inmate, on December 7, 2005. In this petition, Stewart challenges a 1992 conviction for murder entered against him by the Circuit Court of Houston County, Alabama.

Upon initial consideration of the petition and a thorough review of this court's records, the court determined that Stewart had filed a previous habeas petition pursuant to the provisions of 28 U.S.C. § 2254 challenging the 1992 murder conviction imposed upon him by the Circuit Court of Houston County. *See Stewart v. Johnson, et al.*, Civil Action No. 95-T-1013-S (M.D. Ala. 1996). In such prior habeas action, this court denied Stewart relief from his Houston County murder conviction and the Eleventh Circuit Court of Appeals affirmed this decision. Based on the foregoing, the undersigned entered a Recommendation that the instant "cause of action be DISMISSED in accordance with the provisions of 28 U.S.C. § 2244(b)(3)(A) as Stewart has failed to obtain the requisite order

from the Eleventh Circuit Court of Appeals authorizing this court to consider a successive habeas application." *January 9, 2006 Recommendation of the Magistrate Judge - Court Doc. No. 6* at 3. On January 24, 2006, Stewart filed a motion to dismiss wherein he seeks dismissal of this case without prejudice.

Upon consideration of Stewart's motion to dismiss and in light of the Recommendation entered herein on January 9, 2006, the court concludes that the motion to dismiss is due to be denied as moot.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that the petitioner's motion to dismiss be denied as moot. It is further

ORDERED that on or before February 8, 2006 the parties may file objections to the Recommendation. Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which the party is objecting. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and advisements in the Magistrate Judge's Recommendation shall bar the party from a de novo determination by the District Court of issues covered in the Recommendation and shall bar the party from attacking on appeal factual findings in the Recommendation accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d

33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981,

*en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit

handed down prior to the close of business on September 30, 1981.

     Done this 25th day of January, 2006.


          /s/ Vanzetta Penn McPherson
          UNITED STATES MAGISTRATE JUDGE