IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| Danny Lee Stewart, #143130 | ) | |
| Petitioner, | ) | |
| V. | ) | Civil Action No: 1:05-CV-1152-WKW-[WO] |
| Leon Forniss, et al., | ) | |
| Respondents, | ) | |

## OBJECTIONS TO THE MAGISTRATE JUDGE'S RECOMMENDATION

Now comes the Petitioner, Danny Lee Stewart, pro-se, in the above styled cause and does make specific objections to the Magistrate Judge's Recommendation and now shows as follows:

1. The Petitioner objects to the recommendation of the Magistrate, in the instant Habeas Corpus in which it shows that Petitioner is actually innocent of the charge of murder. "The facts underlying the claim, if proven and viewed in light of the evident as a whole, would be sufficient to establish by clear and convincing evidence that, but for constitutional error, no reasonable factfinder would have found the applicat guilty of the underlying offense." In re Smith 142 F. 3d 832 (11th Cir. 1998)

2. Petitioner further objects to the recommendation because in the interest of justice the petition should have been treated as an application to file a second Habeas Corpus and transferred to the Eleventh Circuit, Pursuant to 28 U.S.C. Section 1631. because this was petitioner's second Habeas Corpus this court had no

1

jurisdiction to entertain the petition and it should heve been transferred. <u>In re: Green</u>, 215 F. 3d 1196 (11th Cir. 2000).

WHEREFORE, premises considered, petitioner prays that this Honorable Court will reject the Magistrate Judge's Recommendation and have this instant Writ of Habeas Corpus transferred to the Eleventh Circuit as an application to file a successive Habeas Corpus.

Respectfully Submitted;

*Danny Lee Stewart*
Danny Lee Stewart
AIS #143130   F1-46T
565 BIbb Lane
Brent, Alabama 35034

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and correct copy of the foregoing Objections to the Magistrate Judge's Recommendation on the Attoreny General, by placing same in the United States Mail. Postage Prepaid and addressed as follows;

Attorney Geneaal
11 South Union Street, third floor
Montgomery ,Alabama 36130-0152

Done this the 6 day of Feb , 2006.

*Danny Lee Stewart*
Danny Lee Stewart
AIS #143130   F1-46T
565 Bibb Lane
Brent, Alabama 35034

Donny Lee Stewart
AIS # 143130
565 Bibb Lane
Brent, Al 35034

"This correspondence is forwarded from
an Alabama [State Prison]. The contents have
not been [evaluated] and the Alabama
Department [of Corrections] is not responsible
for the substance or content of the enclosed
communication."

BIRMINGHAM AL 352
06 FEB 2006 PM 4 T

Office of The Clerk
United State District Court
P. O. Box 711
Montgomery, Alabama 36101-0711

36101+0711