IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DANNY LEE STEWART, # 3143130 ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 1:05-CV-1152-WKW- |
| ) | VPM (WO) |
| LEON FORNISS, et al., ) | |
| ) | |
| Respondents. ) | |

**ORDER**

On January 9, 2006, the Magistrate Judge filed a Recommendation (Doc. # 6) in this case that the cause of action is due to be dismissed in accordance with 28 U.S.C. § 2244(b)(3)(A) because this Court is not authorized to consider the petitioner's successive habeas application without authorization of the Eleventh Circuit Court of Appeals.  Petitioner failed to timely file objections; however, he filed a motion to dismiss (Doc. # 8).  On January 25, 2006, the Magistrate Judge filed a Recommendation (Doc. # 9) concluding that the Motion to Dismiss is due to be denied as moot. Petitioner filed a timely objection on February 9, 2006 (Doc. # 10).

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the Court that:

1. The Recommendations of the Magistrate Judge are ADOPTED.

2. The plaintiff's petition for habeas corpus relief is DENIED.

3. This cause of action is DISMISSED without prejudice.

An appropriate judgment will be entered.

DONE this the 14th day of March, 2006.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE

2