IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DANNY LEE STEWART, # 3143130 ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 1:05-CV-1152-WKW- |
| ) | VPM (WO) |
| LEON FORNISS, et al., ) | |
| ) | |
| Respondents. ) | |

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the Court, it is the ORDER, JUDGMENT, and DECREE of the Court that this action is DISMISSED without prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 14th of March, 2006.

　　　　　　　　　　　　　　　　/s/   W.  Keith Watkins
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE